UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART TECHNOLOGIES ULC,<br><br>        Plaintiff,<br><br>   v.<br><br>RAPT TOUCH IRELAND LTD, et al.,<br><br>        Defendants. | Case No. 16-cv-03531-VC<br><br>**ORDER REQUESTING RESPONSE TO APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 7 |

The defendants are ordered to respond to the TRO application by Wednesday, June 29, 2016, at 11 a.m. The plaintiff must serve copies of this order on the defendants by email by noon today, as well as by overnight mail. The Court will inform the parties if a hearing on the TRO application is needed.

    **IT IS SO ORDERED.**

Dated: June 27, 2016

_____
VINCE CHHABRIA
United States District Judge