UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART TECHNOLOGIES ULC,<br><br>        Plaintiff,<br><br>   v.<br><br>RAPT TOUCH IRELAND LTD, et al.,<br><br>        Defendants. | Case No. 16-cv-03531-VC<br><br>**ORDER** |

    A hearing will take place on the application for a temporary restraining order on Thursday, July 7, 2016 at 10:00 a.m.  The parties should be prepared to discuss the following:

- Should Section 9.4 of the contract be interpreted as limiting a party's right to seek emergency relief to situations where the arbitrator would not be capable of providing such relief in a timely fashion?  Assuming Delaware law applies, what does it say about this topic?  *Cf*. Cal. Code Civ. Proc. § 1281.8.

- How soon would the arbitrator be able to entertain the request for emergency relief that the plaintiff has sought here?

- Even putting aside the meaning of Section 9.4, the issuance of emergency relief in federal court is a matter of discretion.  *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 24 (2008).  If the arbitrator could timely entertain the request for emergency relief, why should the Court use its discretion to grant it here?

    **IT IS SO ORDERED.**

Dated: July 1, 2016

_____
VINCE CHHABRIA
United States District Judge